NOEL BROWN
BKC # 3101700956
MDC
125 WHITE STREET
NEW YORK, NY 10013

VIA EC

HONORABLE HENRY OITMAN
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF NEW YORK
500 PEARL STREET
NEW YORK, NY 10007



Re: NOEL BROWN V. CITY OF NEW YORK, ET AL.
18 CIV. 3287 (JPO) (HBP)

Your Honor:

AND NOW, Comes Plaintiff and Pro Se, NOEL BROWN, on this 21s day of March 2019. I swear and affirm the following facts to be true.

Defendants City of New York, officer Kempinski, officderLi, falsely arrested plaintiff on September 6th 2015. For alleged VTL offense, plaintiff was Tried and Acquitted of the VTL offense The VTL traffic stop of plaintiff occured plainly lacking Probable Cause.

Accordingly defendants request for A (STAY) of this matter is frivolous, and should no longer be considered.

The subsequent allege two counts of criminal possession of a weapon, in the second degree occured after the plaintiff was in custody at the 5th precint. Plaintiff believe astay of this matter is warranted pending the disposition of that allege criminal matter.

With the Courts approval, Captain Firsov, and various conditions of confinement claims against the City of New York Department of corrections. Plaintiff believe a stay of this matter is (Not) appacable or necessary.

The aggravated taking of plaintiff motocycle, and reckless operation of a motor vehicle in violation of New York traffic Law and the lost of contgol of the vehicle spun out and was forced to ditch the vehicle, intentional or not. NYC officer Kempinski, instead of waiting for a tow truck to pick up the vehicle, which is department policy. The officers decided to drive back to the command themselves. Plaintiff believe a stay of this matter is (Not)necessary. Accordingly defendant request for a stay, should (Not) be considered in this matter.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/5/19

Plaintiff thank your Honor and the Court for its consideration into this matter.

RESPECTFULLY SUBMITTED,

VIA REGULAR MAIL
Zachary W, Cater
Zachary Kalmbach
The CITY OF NEW YORK
LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

NOEL BROWN 0956
125 WHITE STREET
NEW YORK, NY 10013

NEW YORK NY 2??
27 MAR 2019 PM 4 L

TO: HONORABLE HENRY PITMAN
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF NEW YORK
500 PEARL STREET
NEW YORK, NY 10007

10007-133098

