> Plaintiff's Letter-Motion for a protective order (ECF No. 61) is **DENIED**. The Clerk of Court is respectfully directed to close ECF No. 61.
>
> SO ORDERED 11/19/19
>
> *Sarah L. Cave*
> SARAH L. CAVE
> United States Magistrate Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NOEL BROWN

Write the full name of each plaintiff or petitioner.

Case No. 18 CV 3287 (JPO)(HBP)

-against-

CITY OF NEW YORK, ET, AL.,

**NOTICE OF MOTION**

Write the full name of each defendant or respondent.

PLEASE TAKE NOTICE that  PLAINTIFF      NOEL BROWN
                        plaintiff or defendant    name of party who is making the motion

requests that the Court: ISSUE A PROTECTIVE ORDER, ON THE PLAINTIFF BEHALF.
For the defendants City of New York, et al., attorney violation of
Federal Rule of Civil Procedure 5.2(a) Protection of sensitive
Personal information, and Fed.R.Civ.P.5 Service and filing of paper

Briefly describe what you want the court to do. You should also include the Federal Rule(s) of Civil Procedure or the statute under which you are making the motion, if you know.

In support of this motion, I submit the following documents (check all that apply):

☐ a memorandum of law

☒ my own declaration, affirmation, or affidavit, Declaration to follow soon.

☐ the following additional documents: Brown v. New York City Police Department et al
18cv3287

10/31/2019
Dated

Signature

NOEL BROWN
Name

MW0387
Prison Identification # (if incarcerated)

SCI. SOMERSET, 1600 WALTER MILL ROAD SOMERSET PA 15510
Address                                  City              State    Zip Code

Telephone Number (if available)     E-mail Address (if available)

SDNY Rev: 5/24/2016

11-6-19

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT NEW YORK

NOEL BROWN,

    v.  Plaintiff

NEW YORK CITY POLICE DEPARTMENT, ET AL.,   18-CV-3287(CM)

          Defendants

CERTIFICATE OF SERVICE

I hereby certify that, on this date, I served the counsel for defendants listed below with a copy of this document at the following address:

Zachary Kalmbrach

The City of New Yoek

LAW DEPARTMENT

100 Church Street

New York, NY 10007

Yours Truly,

Smart Communications/PADOC
SCI-SOMERSET
Name NOEL BROWN
Number MW0387
PO Box 33028
St Petersburg FL 33733

PA Department of Corrections
INMATE MAIL

TO: UNITED STATES DISTRICT COURT
500 PEARL STEEL, ROOM 230
NEW YORK, NY 10067



ZIP 15510
02 1N
0001397502 NOV 01 2019
US POSTAGE $000.500

Legal