UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
NOEL BROWN,

                Plaintiff,

   -against-                              18 **CIVIL** 3287 (JPO)

## JUDGMENT

CITY OF NEW YORK, et al.,

                Defendants.
------------------------------------------------------------X

     It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Order dated March 31, 2021, Defendants' motion to dismiss is GRANTED; accordingly, this case is closed.

**Dated:**  New York, New York

      March 31, 2021

                                                            **RUBY J. KRAJICK**

                                                            **Clerk of Court**
                            **BY:**   *K. Mango*

                                                            **Deputy Clerk**