IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT

NOEL BROWN, Pet.
        Plaintiff
V.                                      NO.18civ3287 (JPO)(HBP)

CITY OF NEW YORK, ET AL., Res
        Defendants

Dear Your Honor:

    This is my second notice to the court, of possible orders/judgements, not been served to my pro,se address on file within this court. My address has not been changed, therefore any orders from this court most be mailed to my present location at SCI.Somerset, 1600 Walter mill road, Somerset, PA 15510. I have been told by this facility that all incoming legal mail must be marked with a control number, to insure the authenticity of the mailer.

    Please verify with the Pennsylvania DOC, as to this plaintiffs control number, and kindly provide this plaintiff with the proper service which the law requires.

Most Sincerely,

Noel Brown MW0387

SCI.Somerset

1600 Walter Mill Road

Somerset, PA 15510

---

On March 31, 2021, the Honorable J. Paul Oetken granted Defendants' motion to dismiss and the Clerk of Court entered judgment closing this action. (ECF Nos. 81–82).

The Clerk of Court is respectfully directed to mail Plaintiff <u>pro se</u> Noel Brown the filings at ECF Nos. 81–82.

SO-ORDERED 5/26/2021

Mail To:
Noel Brown MW0387
SCI Somerset
1600 Walter Mill Road
Somerset, PA 15510

SARAH L. CAVE
United States Magistrate Judge