**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
NOEL L. BROWN,

                Plaintiff,

    -against-                                             18 **CIVIL** 3287 (JPO)

                                                             **AMENDED JUDGMENT**

ANTHONY KEMPINSKI, et al.,

                Defendants.
-----------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated May 2, 2023, pursuant to the mandate from the Second Circuit, see ECF No. 94, an amended judgment is entered clarifying that the dismissal of Brown's false arrest claims (see ECF No. 66 at 4 - 5 and ECF No. 81 at 2 - 3) under Heck v. Humphrey, 512 U.S. 477 (1994), is without prejudice, while the dismissal of his other claims is with prejudice. Brown's motion for summary judgment in this closed case is denied as procedurally improper, given that the case has been dismissed. See this Court's previous orders in this case at ECF Nos. 66, 81, 88.

**Dated:** New York, New York

        May 2, 2023

                                                                     **RUBY J. KRAJICK**

                                                                 _____
                                                                     **Clerk of Court**

                                   **BY:**                  _K. Mango_

                                                                 _____
                                                                     **Deputy Clerk**