UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

NOEL BROWN,

    Plaintiff

    -against-

ANTHONY KEMPINSKI, et al.,

    Defendants

Case No.1:18-cv-03287-JPO-SLC

NOTICE OF MOTION FOR

RECONSIDERATION EN BANC

PLEASE TAKE NOTICE that plaintiff Noel Brown, in the above-named case respectfully request that the court reconsider the Amended Judgment/Order on 05/02/2023, denying plaintiff's motion for summary judgment as procedurally improper.

In support of this reconsideration en banc request, I am submitting the following documents: My own declaration, affirmation, or affidavit.

05/16/2023                                  Sig: _[signature]_

Noel Brown       MW0387

1590 WALTER MILL ROAD    SOMERSET, PA 15510

Smart Communications/PADOC
SCI- Somerset
Name Noel Brown
Number MW0387
PO Box 33028
St Petersburg FL 33733

Legal

PA Dept of Corrections
INMATE MAIL

To: United States District Court
Southern District of New York
500 Pearl Street, Pro Se Intake
New York, N.Y. 10007